UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. H-14-471 |
| MITSUAKI TAKAHASHI | § | |

## MOTION TO DISMISS

The United States of America, by and through Kenneth Magidson, United States Attorney, and Sherri L. Zack, Assistant United States Attorney, for the Southern District of Texas, requests that the Court dismiss without prejudice Count One of the Original Criminal Indictment filed against the defendant, Mitsuaki Takahashi, pursuant to the plea agreement.

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

By:   /s/Sherri L. Zack
Sherri L. Zack
Assistant United States Attorney
713-567-9384

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. H-14-471 |
| | § | |
| MITSUAKI TAKAHASHI | § | |

**O R D E R**

The Government's Motion to Dismiss Count One of the Original Indictment without prejudice is GRANTED.

SIGNED at Houston, Texas, on_____.

_____
Gray Miller
United States District Judge

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Government's Motion to Dismiss has been delivered via ECF to the attorney for the defendant on this the 11th day of December, 2014.

                                        /s/ Sherri L. Zack  
                                        Sherri L. Zack  
                                        Assistant United States Attorney

Brady T. Wyatt, III  
3300 Oak Lawn, Suite 600  
Dallas, TX 75219