UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL ACTION H-14-471 |
| | § § | |
| MITSUAKI TAKAHASHI *in custody* | § | |

## Order

The Government's motion to dismiss (Dkt. 45) is GRANTED. It is therefore ORDERED that Count 1 of the original Indictment filed against the defendant is DISMISSED without prejudice.

Signed at Houston, Texas on January 6, 2015.

_____
Gray H. Miller
United States District Judge